# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

BAR ADMISSION & ECF REGISTRATION: If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.**      26-1736

☒Retained ☐Court-appointed (CJA) ☐CJA associate ☐Court-assigned(non-CJA) ☐Federal Defender

☐Pro Bono ☐Government

COUNSEL FOR: Zenaida Perez

as the

(party name)

☒appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐Intervenor ☐movant ☐ intervenor(s) ☐movant(s)

_____
(Signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

_____Steven H. Aden_____          _____703-638-9731_____
Name (printed or typed)                          Voice Phone

_____Americans United for Life_____          _____
Firm Name (if applicable)                          Fax Number

_1150 Connecticut Ave NW, Ste 500_____

_____Washington, D.C. 20036_____          ___steven.aden@aul.org___
Address                                          E-mail address (print or type)

**CERTIFICATE OF SERVICE** (required for parties served outside CM/ECF): certify that this document was served on_____by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| |
|---|
| Telephone: 804-916-2700 |

Attorneys for Defendants:

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Biener, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
202-626-2994 (or -2627?)
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com


Edward Lee Isler
Micah E. Ticatch
IslerDare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
703-748-2690
eisler@islerdare.com
mticatch@islerdare.com

Signature

Date