UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. 26-1736                          Caption:  Zenaida Perez v. Fairfax County School Board

Pursuant to FRAP 26.1 and Local Rule 26.1,

_____Zenaida Perez_____ (name of party/amicus)

_____

who is ___Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1.   Is party/amicus a publicly held corporation or other publicly held entity?   YES ☐ NO ☒

2.   Does party/amicus have any parent corporations?   YES ☐   NO ☒
     If yes, identify all parent corporations, including all generations of parent corporations:

3.   Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?   YES ☐ NO ☒
     If yes, identify all such owners:

12/01/2019 SCC　　　　　　　　　　　- 1 -

4.　　Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?　　　　YES ☐ NO ☒
If yes, identify entity and nature of interest:

5.　　Is party a trade association? (amici curiae do not complete this question)　　YES ☐ NO ☒
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.　　Does this case arise out of a bankruptcy proceeding?　　　　YES ☐　　NO ☒
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7.　　Is this a criminal case in which there was an organizational victim? YES ☐　　NO ☒
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature:　_/s/ Steven H. Aden_____　Date: 6/23/26 _____

Counsel for: _____Zenaida Perez_____

- 2 -