**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**DOCKETING STATEMENT--CIVIL/AGENCY CASES**

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk=s docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-1736, Zenaida Perez v. Fairfax County School Board |
| **Originating No. & Caption** | 1:25-cv-2126-AJT-IDD, Perez v. Fairfax County School Board |
| **Originating Court/Agency** | U.S. District Court for the Eastern District of Virginia |

**Jurisdiction** (answer any that apply)

| | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | 05/08/2026 |
| Date notice of appeal or petition for review filed | 6/05/2026 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ☒Yes  ☐No |

If appeal is not from final judgment, why is order appealable?

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33.  Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.)

| | | |
|---|---|---|
| Is settlement being discussed? | ☐ Yes | ☒ No |

1/28/2020 SCC

**Transcript** (transcript order must be attached if transcript is needed and not yet on file)

| | | |
|---|---|---|
| Is transcript needed for this appeal? | ☐ Yes | ☒ No |
| Has transcript been filed in district court? | ☐ Yes | ☒ No |
| Is transcript order attached? | ☐ Yes | ☒ No |

**Case Handling Requirements** (answer any that apply)

| | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ☐ Yes | ☒ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ☒ Yes | F No |
| Does case involve question of first impression? | ☐ Yes | ☒ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ☐ Yes | ☒ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Zenaida Perez, a teacher at Centreville High School (CHS), requests the 4th Circuit to reverse the district court's grant of Defendants' motion to dismiss Counts II, IV and V of her complaint. Perez is a teacher of English for Speakers of Other Languages (ESOL) at CHS. Perez first reported her allegations of underage minors being taken for abortions by Fairfax County Public School (FCPS) school staff to Principal Lehman in May 2022. In November 2022, a student informed Perez that another CHS staff member, Ms. Diaz, had assisted her with funding and procuring an abortion for her without the student's parents' or guardians' consent. Although Perez reported this information to Principal Lehman, he did not take action to address this serious matter which Perez brought to his attention twice. Numerous acts of retaliation against Perez ensued her report, which included, inter alia, FCPS officials assigning Perez excessively burdensome workloads, defaming her, and scheming to trap her in violations of CHS rules. The campaign of retaliation intensified when Erik Healy and Montell Brown took over as principal and vice principal, respectively, of CHS. The campaign consisted of more than 11 acts of retaliation and included multiple instances of defamation, which caused Perez to suffer significant damage.

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

Whether the District Court erred in dismissing Count II: Fraud and Abuse Whistle Blower Protection Act, Va. Code Ann. §§ 2.2-3009 to-3014, on the ground that no nexus between the whistle blowing activity and the retaliatory activity had been established.

Whether the District Court erred in dismissing Count IV: Right to Free Speech/Retaliation, Va. Const. art. I, § 12, and Count V: Right to Free Speech/Retaliation, U.S. Const. amend. I and 42 U.S.C. § 1983, on the ground that the individual defendants enjoyed qualified immunity for their alleged unconstitutional actions.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide parties, address if the party is not represented by counsel.  Attach additional page if necessary.)

Attorneys for Defendants:
M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Biener, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
 202-626-2994 (or -2627?)
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com

Edward Lee Isler
Micah E. Ticatch
IslerDare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
703-748-2690
eisler@islerdare.com
mticatch@islerdare.com

**Appellant** (Attach additional page if necessary.)

Name:
Zenaida Perez

Steven H. Aden, Esq.
Danielle Pimentel, Esq.
Americans United for Life
1150 Connecticut Ave., N.W., Ste. 500
Washington, DC 20036
202-741-4917
Steve.Aden@aul.org
Danielle.Pimentel@aul.org

Monica A. Miles, Esq.,
Old Town Associates, P.C.,
201 N. Union St., Ste. 110
Alexandria, VA 22314
703-519-6810
mmiles@oldtownassociates.com

Signature: _____          Date: _6/23/26_

Counsel for: ___Appellant___