## No. 26-1736

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

ZENAIDA PEREZ,

*Appellant,*

v.

FAIRFAX COUNTY PUBLIC SCHOOLS, MONTELL BROWN, CHAD LEHMAN, ERIK HEALEY, AND MICHELLE REID,

*Appellees.*

On Appeal From The United States District Court
For The Eastern District of Virginia
Case No. 1:25-cv-02126-AJT-IDD

## NOTICE OF FILING

M. Sean Royall
Lucas M. Fields
Zoe M. Beiner
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com

Edward Lee Isler
Micah E. Ticatch
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
Telephone:  (703) 748-2690
Facsimile:  (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Appellees*

July 6, 2026

PLEASE TAKE NOTICE that Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (collectively "Appellees") filed the attached Fed. R. App. P. 10(b)(3)(B) Designation of Hearing Transcript and served it on Zenaida Perez ("Appellant") in the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

/s/  *Lucas M. Fields*

| | |
|---|---|
| Edward Lee Isler<br>Micah E. Ticatch<br>**ISLER DARE, P.C.**<br>1945 Old Gallows Road<br>Suite 650<br>Vienna, VA 22182<br>Telephone:  (703) 748-2690<br>Facsimile:  (703) 748-2695<br>eisler@islerdare.com<br>mticatch@islerdare.com | M. Sean Royall<br>Lucas M. Fields<br>Zoe M. Beiner<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Ave., N.W.<br>Suite 900<br>Washington, D.C.  20006<br>Telephone:  (202) 737-0500<br>Facsimile:  (202) 626-3737<br>sroyall@kslaw.com<br>lfields@kslaw.com<br>zbeiner@kslaw.com |

*Counsel for Appellees*

July 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Monique A. Miles
**OLD TOWNE ASSOCIATES, P.C.**
201 N. Union Street
Suite 110
Alexandria, Virginia 22314
Telephone: (703) 519-6810
mmiles@oldtowneassociates.com

Steven H. Aden
**AMERICANS UNITED FOR LIFE**
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
Telephone: (703) 638-9731
steven.aden@aul.org
*Counsel for Appellant*

/s/ Lucas M. Fields

Lucas M. Fields
**KING & SPALDING LLP**
1700 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
lfields@kslaw.com
*Counsel for Appellees*

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ZENAIDA PEREZ,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 1:25-cv-2126-AJT-IDD** |
| | ) | |
| **FAIRFAX COUNTY SCHOOL BOARD,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

## FED. R. APP. P. 10(b)(3)(B) DESIGNATION OF HEARING TRANSCRIPT

NOTICE is hereby given that Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (collectively "Defendants") designate the transcript of the March 5, 2026 hearing on Defendants' Motion to Dismiss as necessary for Plaintiff's appeal, and that it should be transcribed and included in the record, pursuant to Federal Rule of Appellate Procedure 10(b)(3)(B).

Dated: July 6, 2026

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler
Virginia Bar No. 27985
Micah E. Ticatch
Virginia Bar No. 83351
**ISLER DARE, P.C.**
1945 Old Gallows Road
Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*

**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: sroyall@kslaw.com
Email: lfields@kslaw.com
Email: zbeiner@kslaw.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Monique A. Miles
Virginia Bar No. 78828
**OLD TOWNE ASSOCIATES, P.C.**
201 N. Union Street
Suite 110
Alexandria, Virginia 22314
Tel: (703) 519-6810
Email: mmiles@oldtowneassociates.com

Steven H. Aden, *pro hac vice*
Virginia Bar No. 48036
**AMERICANS UNITED FOR LIFE**
1150 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Tel: (703) 638-9731
Email: Steven.Aden@aul.org
*Counsel for Plaintiff*

/s/ Edward Lee Isler
Edward Lee Isler
Virginia Bar No. 27985
**ISLER DARE, P.C.**
1945 Old Gallows Road
Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
*Counsel for Defendants*

3