## No. 26-1736

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

———————————

ZENAIDA PEREZ,

*Appellant,*

v.

FAIRFAX COUNTY PUBLIC SCHOOLS, MONTELL BROWN, CHAD LEHMAN, ERIK HEALEY, AND MICHELLE REID,

*Appellees.*

———————————

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 1:25-cv-02126-AJT-IDD

———————————

## APPELLEES' CONSENT MOTION
## FOR EXTENSION OF THE BRIEFING SCHEDULE

———————————

M. Sean Royall
Lucas M. Fields
Zoe M. Beiner
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com

Edward Lee Isler
Micah E. Ticatch
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
Telephone:  (703) 748-2690
Facsimile:  (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Appellees*

July 28, 2026

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Local Rule 31(c), Appellees Fairfax County School Board *et al.* respectfully move this Court for an extension of the briefing schedule by 30 days. Although this Court typically grants such motions "only when extraordinary circumstances exist," Loc. R. 31(c), the circumstances here meet that standard.

1. Appellant Zenaida Perez appeals the dismissal of her second amended complaint.

2. That dismissal came after two rounds of dismissal briefing and a vigorously argued motion hearing before the Honorable Anthony J. Trenga on March 5, 2026.

3. Following the hearing, Judge Trenga took the motion under submission.

4. In the dismissal order issued on May 8, 2026, Judge Trenga stated explicitly that he was granting the motion "[u]pon consideration" of, *inter alia*, "the arguments of counsel at the hearing." *Perez v. FCPS*, No. 25-cv-2126 (E.D. Va.), ECF No. 48 at 1.

5. Appellant filed her Docketing Statement on June 23, 2026. (Doc. 16).

2

6.    Notwithstanding Judge Trenga's clear statement that his opinion and order relied on the arguments of counsel at the motion hearing, Appellant asserted that "[n]o" "transcript [is] needed for this appeal." *Id.* at 2.

7.    "An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal," including "a transcript of the hearing on [a] motion to dismiss." *Walsh v. Specialized Loan Servicing, LLC*, 566 F. App'x 218, 218 (4th Cir. 2014).

8.    That burden is especially significant where, as here, "the district court explained that it granted the motion to dismiss for the reasons expressed at the motion hearing." *Peterson v. Peterson*, 698 F. App'x 115, 115 (4th Cir. 2017).

9.    Appellees filed a Designation of Hearing Transcript under Federal Rule of Appellate Procedure 10(b)(3)(B) and served it on Appellant on July 6, 2026.  (Doc. 19).

10.    Fourteen days passed without Appellant ordering the additional designated parts of the transcript.

11. Thus, Appellees have had to "order the additional parts." *Transcript & Record on Appeal*, U.S. Court of Appeals Appellate Procedure Guide (Mar. 2026).

12. The Parties' Joint Appendix and Appellant's Opening Brief are currently due on August 13, 2026. (Doc. 20).

13. Although court reporters receive a "60-day period for preparation of transcripts" as set forth in this Court's Local Rule 11(b), Appellees have requested that the transcript be prepared on an expedited basis.

14. A 30-day extension will provide the court reporter with sufficient time to prepare the transcript, account for any unforeseen delays, and ensure that the Parties have sufficient time to review the prepared transcript, request corrections and redactions as needed, and reach agreement on the contents of the Joint Appendix.

15. For these reasons, Appellees respectfully seek a 30-day extension of the briefing schedule, as follows:

- Opening Brief and Joint Appendix:  September 14, 2026.

- Response Brief:  October 14, 2026.

- Reply Brief:  November 4, 2026.

4

16.    Appellees have conferred with Appellant, who consents to the requested extension.

Respectfully submitted,

/s/ M. Sean Royall

Edward Lee Isler
Micah E. Ticatch
**ISLER DARE, P.C.**
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
Telephone:  (703) 748-2690
Facsimile:  (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

M. Sean Royall
Lucas M. Fields
Zoe M. Beiner
**KING & SPALDING LLP**
1700 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com

*Counsel for Appellees*

July 28, 2026

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Monique A. Miles
**OLD TOWNE ASSOCIATES, P.C.**
201 N. Union Street
Suite 110
Alexandria, Virginia 22314
Telephone:  (703) 519-6810
mmiles@oldtowneassociates.com

Steven H. Aden
**AMERICANS UNITED FOR LIFE**
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
Telephone:  (703) 638-9731
steven.aden@aul.org
*Counsel for Appellant*

<u>/s/ M. Sean Royall</u>

M. Sean Royall
**KING & SPALDING LLP**
1700 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
sroyall@kslaw.com
*Counsel for Appellees*