FILED:  July 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1736
(1:25-cv-02126-AJT-IDD)

———————————

ZENAIDA PEREZ

       Plaintiff - Appellant

v.

FAIRFAX COUNTY PUBLIC SCHOOLS, School Board; MONTELL BROWN, individually and in his official capacity as Assistant Principal of Centreville High School; CHAD LEHMAN, individually and in his official capacity as Former Principal of Centreville High School; ERIK HEALEY, individually and in his official capacity as Principal of Centreville High School; MICHELLE REID, individually and in her official capacity as Superintendent of Centreville High School

       Defendants - Appellees

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/14/2026

Opening brief due: 09/14/2026

Response brief due: 10/14/2026

Any reply brief: 21 days from service of response brief.

                 For the Court--By Direction

                 /s/ Nwamaka Anowi, Clerk